BETTY-JANE H. BAUMAN, as Executrix of BERNARD E. BAUMAN, Deceased, Appellant-Respondent, *v.* TOWN OF IRONDEQUOIT, Appellant, and LAURELTON FIRE DISTRICT OF THE TOWN OF IRONDEQUOIT, Respondent.

Argued October 7, 1954; decided December 3, 1954.

*Arthur VD. Chamberlain* for appellant-respondent.

*Ellsworth A. Van Graafeiland* for defendant-appellant and defendant-respondent.

Upon appeal by plaintiff: Appeal dismissed, without costs, upon the ground that there is no substantial constitutional question involved. Upon appeal by defendant Town of Irondequoit: Order affirmed, without costs. Question certified answered in the affirmative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.